AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MR. FREDERICK F. CHANCY,<br>    Plaintiff,<br><br> v.<br><br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:09-CV-44-D** |

**Decision by the Court.**

  IT IS ORDERED AND ADJUDGED that the court adopts the M&R. Plaintiff's motion for summary judgment is DENIED, defendant's motion for judgment on the pleadings is GRANTED, and defendant's final decision is AFFIRMED.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 28, 2010**, AND A COPY MAILED TO:

Elizabeth F. Lunn, (via CM/ECF Notice of Electronic Filing)
Charlene P. Bellinger-Honig (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| May 28, 2010 | DENNIS IAVARONE, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |